# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**ANTHONY GARNER, JR.,**

        **Plaintiff,**

v.                                                     Case No:   21-2154-EFM

**UNIFIED GOVERNMENT OF**
**WYANDOTTE COUNTY/KANSAS**
**CITY, KANSAS,**
        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 53, filed on October 7, 2022, Defendant's Motion for Summary Judgment (Doc. 38) is GRANTED.

This case is closed.

   10/7/2022                                                SKYLER O'HARA
      Date                                                  CLERK OF THE DISTRICT COURT

                                                          by:  s/  Cindy McKee
                                                              Deputy Clerk